IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUEEN VIRGIN REMY LTD. CO., ) <br> QUEEN VIRGIN REMY COLUMBUS, ) <br> LLC, and DENNIS MCKINLEY ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> SHANISE W. THOMASON, ) <br>  ) <br> Defendant. ) | CIVIL ACTION FILE NO. <br> 1:15-cv-1638-SCJ |

**CONSENT ORDER GRANTING THE PARTIES'
JOINT MOTION TO VACATE ORDER GRANTING SANCTIONS**

Plaintiffs Queen Virgin Remy Ltd. Co, Queen Virgin Remy Columbus, LLC, and Dennis McKinley and Defendant Shanise W. Thomason jointly moved this Court to vacate the Order entered by this Court on September 15, 2017, granting Plaintiffs motion for sanctions against Defendant and her counsel Kevin A. Ross ("Joint Motion").

It is hereby ordered, adjudged and decreed that the Joint Motion is hereby granted, and the Order of this Court dated September 15, 2017 granting Plaintiffs' motion for sanctions as to Defendant Shanise Thomason and her counsel Kevin A. Ross is hereby vacated.

IT IS SO ORDERED this 30th day of July, 2018,

        s/Steve C. Jones
        HONORABLE STEVE C. JONES
        UNITED STATES DISTRICT COURT

Consented to by:

/s/ *Erika C. Birg*
Erika C. Birg
Georgia Bar No. 058140
Peter L. Munk
Georgia Bar No. 451809
Nelson Mullins Riley & Scarborough LLP
201 17th Street N.W., Suite 1700
Atlanta, Georgia 30363

*Counsel for Plaintiffs*

/s/ *Kevin A. Ross (signed with express permission)*
Kevin A. Ross
Georgia Bar No. 675184
The Law Practice of Kevin A. Ross, LLC
2255 Cumberland Parkway
Building 700, Suite B
Atlanta, Georgia 30339

*Counsel for Defendant*